No. 04-6526.  ROBINSON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04-6553.  BOLTON v. KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 04-6556.  JONES v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 04-6557.  PRUITT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 04-6561.  PRUITT v. WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04-6565.  WILLIAMS v. SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 04-6566.  DOUGLAS v. TRUE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 04-6570.  DeMATTEO v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD.  C. A. 3d Cir.  Certiorari denied.

No. 04-6571.  LEPLEY v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 04-6583.  GREEN v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 04-6585.  GONZALES v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04-6589.  HOWARD v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04-6590.  FRIDAY v. PITCHER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04-6592.  HALL v. McCRAY ET AL.  C. A. 11th Cir.  Certiorari denied.